KYLE P. SCHNEBERG (SBN 239325)
**SCHNEBERG LAW PC**
3828 W. Carson Street, Suite 100
Torrance, CA 90503
Telephone: (310) 359-9090
Facsimile: (310) 873-3039
Email: kyle@schneberglaw.com
Attorneys for Plaintiff, Aidikoff Law, A.P.C

JORDAN D. GROTZINGER (SBN 190166)
HANNAH B. SHANKS-PARKIN (SBN 305753)
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email: grotzingerj@gtlaw.com
shanksparkinh@gtlaw.com
Attorneys for Defendant JPMorgan Chase Bank, N.A.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDIKOFF LAW, A.P.C., a California Professional Corporation; AIDIKOFF LAW, a Sole Proprietorship, and JEFFREY AIDIKOFF, an Individual,, <br><br> Plaintiffs, <br><br> vs. <br><br> JPMORGAN CHASE BANK, N.A., a national banking association, and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.: 2:22-cv-01297-GW-PVC <br><br> **JOINT NOTICE OF SETTLEMENT** <br><br><br> Assigned to Hon. George H. Wu <br> Trial date:  December 13, 2022 <br> Action Filed: January 5, 2022 |

///
///
///
///

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs AIDIKOFF LAW, A.P.C., AIDIKOFF LAW, and JEFFREY AIDIKOFF Defendant JPMORGAN CHASE BANK, N.A. hereby notify the Court of settlement of all claims in the above-captioned matter.

The parties will file an executed Stipulation of Dismissal of the entire action forthwith.

Dated: May 16, 2022                    **SCHNEBERG LAW PC**

                                       By:  /s/ Kyle P. Schneberg
                                            Kyle P. Schneberg, Esq.
                                            Attorneys for Plaintiffs Aidikoff Law, A.P.C.,
                                            Aidikoff Law, and Jeffrey Aidikoff

Dated: May 16, 2022                    **GREENBERG TRAURIG, LLP**

                                       By:  /s/
                                            Jordan D. Grotzinger
                                            Hannah B. Shanks-Parkin
                                            Attorneys for Defendant
                                            JPMorgan Chase Bank, N.A.

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that Hannah B. Hanks-Parkin, on whose behalf this filing is jointly submitted, has concurred in this filing's content and has authorized me to file this document.

                                       By:  /s/ Kyle P. Schneberg
                                            Kyle P. Schneberg, Esq.