JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDIKOFF LAW, A.P.C., et al., | Case No.  CV 22-1297-GW-PVCx |
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| JPMORGAN CHASE BANK, N.A., et al., | |
| Defendants. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: June 1, 2022

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE